IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR                                                          PLAINTIFF
ADC #90785

v.                              NO. 5:11CV00204 JLH/HDY

HUDGENS, Maintenance Supervisor,
Varner Unit, Arkansas Dept. of Correction                                            DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of August, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE